UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
RUDY BONGIORNO,

        Petitioner,                           22-mc-211 (PKC)

    -against-                               ORDER

UNITED STATES OF AMERICA,

        Respondent.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Applicant complains of the consequences of a Final Forfeiture Order entered six years ago. (Doc 1 at pp. 5-6 ("For six years, however, the Government has failed to lift the seizure restraining the securities that remain in Petitioner's Citi Bank brokerage account.")). He has been energized recently and has been in active contact with the Office of the United States Attorney since the end of June. He now seeks a temporary restraining order against the liquidation of assets. That application is denied because he has neither shown probability of success on the merits nor a form of injury that is not recompensable by money damages. The Court orders the government to respond to the merits of applicant's request for injunctive relief within 21 days of this Order. Applicant may reply 14 days thereafter.

        SO ORDERED.

                                                                                 P. Kevin Castel
                                                                                 United States District Judge

Dated: New York, New York
            August 5, 2022